IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ALFREDO COLEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 3:24-264 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| LEONARD ODDO, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER OF COURT

AND NOW, this 4th day of February, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated January 13, 2026, (Docket No. 6), recommending that Petitioner Mark Alfredo Coleman's § 2241 Petition wherein he admits that he has been ordered removed from the United States to the United Kingdom but challenged the length of his immigration detention be dismissed, as moot, as he is no longer in immigration custody and was deported on an unknown date, and ordering that any objections be filed within 14 days such that objections were due from non-ECF users by January 30, 2026, no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of January 13, 2026, (Docket No. 6), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition [4] is DISMISSED, as moot. *See e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) dismissing § 2241 petition as moot as petitioner was released from BOP custody); *Constantine v. United States*, No. 1:23-CV-22, 2023 WL 6811999, at *2 (W.D. Pa. Aug. 28, 2023), *report and*

*recommendation adopted,* No. CV 23-22, 2023 WL 6810862 (W.D. Pa. Oct. 16, 2023) ("Since the BOP released Petitioner from its custody, there is no longer any habeas relief that this Court can provide."); *Bojang v. Pamela Bondi*, et al., Civ. A. No. 3:24-152, Docket No. 38 (W.D. Pa. Sept. 26, 2025) (dismissing § 2241 petition challenging length of immigration custody, as moot, as petitioner had been deported);

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability");

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Keith A. Pesto

cc:   MARK ALFREDO COLEMAN
      A240-142-003
      MOSHANNON VALLEY PROCESSING CENTER
      555 GEO DRIVE
      PHILIPSBURG, PA 16866 (via first class mail)